Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP

877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email:  sschwager@hawleytroxell.com
          bwilson@hawleytroxell.com

Attorneys for Plaintiff J. Carlo Cannell

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>REN MCKAY GUTHRIE and EMILY RAQUEL GUTHRIE,<br><br>Debtors. | Bankr. Case No. 19-40908-JMM<br><br>Chapter 7 |
| J. CARLO CANNELL,<br><br>Plaintiff,<br><br>vs.<br><br>REN MCKAY GUTHRIE,<br><br>Defendant. | Adversary Proc. No. 19-08066-JMM<br><br>**SUMMONS IN AN ADVERSARY PROCEEDING** |

SUMMONS IN AN ADVERSARY PROCEEDING

56765.0002.12471393.1

## SUMMONS IN AN ADVERSARY PROCEEDING

**TO:**   **Ren McKay Guthrie**
**3773 Autumnwood Drive**
**Idaho Falls, ID 83406**

**[NOTICE ONLY]**
**Aaron J. Tolson, Esq. (Counsel for above-referenced Defendant/Debtor)**
**2677 E. 17th Street, Suite 300**
**Ammon, Idaho 83406**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

Clerk, U.S. Bankruptcy Court
801 E. Sherman Street
Pocatello, Idaho 83201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Sheila R. Schwager
Brent R. Wilson
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Email:
sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

SUMMONS IN AN ADVERSARY PROCEEDING

56765.0002.12471393.1

Stephen W. Kenyon, Clerk of the Bankruptcy Court

Date: _____         By: _____, (Deputy Clerk)

SUMMONS IN AN ADVERSARY PROCEEDING

56765.0002.12471393.1