Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP

877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5261
Email: sschwager@hawleytroxell.com
        bwilson@hawleytroxell.com

Attorneys for Plaintiff J. Carlo Cannell

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>REN MCKAY GUTHRIE and EMILY RAQUEL GUTHRIE,<br><br>Debtors. | Bankr. Case No. 19-40908-JMM<br><br>Chapter 7 |
| J. CARLO CANNELL,<br><br>Plaintiff,<br><br>vs.<br><br>REN MCKAY GUTHRIE,<br><br>Defendant. | Adversary Proc. No. 19-08066-JMM<br><br>SUMMONS IN AN ADVERSARY PROCEEDING |

AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

56765.0002.12471393.1

## SUMMONS IN AN ADVERSARY PROCEEDING

TO:   **Ren McKay Guthrie**
**3773 Autumnwood Drive**
**Idaho Falls, ID 83406**

**[NOTICE ONLY]**
**Aaron J. Tolson, Esq. (Counsel for above-referenced Defendant/Debtor)**
**2677 E. 17th Street, Suite 300**
**Ammon, Idaho 83406**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

Clerk, U.S. Bankruptcy Court
801 E. Sherman Street
Pocatello, Idaho 83201

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Sheila R. Schwager
Brent R. Wilson
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Email:
sschwager@hawleytroxell.com
bwilson@hawleytroxell.com

AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

56765.0002.12471393.1

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Stephen W. Kenyon, Clerk of the Bankruptcy Court



**United States Courts
District of Idaho**

**ISSUED**

*Nicole Knight Lynch
on Dec 18, 2019 4:44 pm*

AMENDED SUMMONS IN AN ADVERSARY PROCEEDING

56765 0002 12471393 1

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, <u>Brent R. Wilson</u>_____(name), certify that service of this summons and a copy of the complaint was made <u>December 19, 2019</u>_____(date) by:

☑        Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

        Ren McKay Guthrie, 3773 Autumnwood Drive, Idaho Falls, Idaho 83406

        Aaron J. Tolson, Esq., 2677 E. 17th Street, Suite 300, Ammon, Idaho 83406

❑        Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑        Residence Service: By leaving the process with the following adult at:

❑        Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑        Publication: The defendant was served as follows: [Describe briefly]

❑        State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date <u>December 19, 2019</u>        Signature _Brent Wilson_____

        Print Name:        <u>Brent R. Wilson</u>_____

        Business Address:        <u>877 Main Street, Suite 1000</u>

                        <u>Boise, Idaho 83702</u>