Aaron J. Tolson, Esq.
TOLSON & WAYMENT, PLLC
2677 E. 17th Street, Suite 300
Ammon, Idaho, 83406
Email: ajt@aaronjtolsonlaw.com
Telephone: 208-228-5221
Fax: 208-228-5200
I.S.B. #6558

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>REN MCKAY GUTHRIE and EMILY RAQUEL GUTHRIE,<br><br>            Debtors in Possession. | Case No. 19-40908<br><br>Chapter 7 |
| J. CARLO CANNELL,<br><br>            Plaintiff,<br>vs.<br><br>REN MCKAY GUTHRIE,<br><br>            Defendant. | Adversary Case No. 19-08066-JMM |

**MOTION TO DISMISS ADVERSARY PROCEEDING**

COMES NOW the Defendant, Ren McKay Guthrie, by and through their attorney of record, Aaron J. Tolson, and pursuant to Rule 12(b)(6) applicable through Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, hereby move to dismiss Adversary No. 19-08066-JMM on the basis that the Plaintiff fails to state a claim upon which relief can be granted.

1   —   MOTION TO DISMISS ADVERSARY PROCEEDING

The Motion is supported by the brief filed in conjunction with the motion.

DATED this 16th day of January, 2020.

                                          TOLSON & WAYMENT, PLLC

                                          Aaron J. Tolson
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2020, I filed a copy of the attached document with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

    Brent Russel Wilson bwilson@hawleytroxell.com, dsorg@hawleytroxell.com
    Aaron J Tolson ajt@aaronjtolsonlaw.com
    US Trustee ustp.region18.bs.ecf@usdoj.gov

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

                                          Aaron J. Tolson

2 — MOTION TO DISMISS ADVERSARY PROCEEDING